IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUCIOUS M. JACKSON,

     Appellant,

v.

     Case No.  5D23-964
     LT Case No. 2011-CF-4204

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 27, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Lindsay Tygart, Judge.

Lucious M. Jackson, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robert Charles Lee,
Assistant Attorney General, Tallahassee,
for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and PRATT, JJ., concur.